# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PERRY A. MCCOY, | ) |
| Movant, | ) |
| v. | ) No. 4:26-cv-00200-HEA |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on review of self-represented Movant Perry A. McCoy's Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. § 2255. Movant's motion is defective because he did not draft it on a Court-provided form and he did not sign it. Under Local Rule 2.06(A), the Court may require a movant to file his action on a Court-provided form. Additionally, Rule 2(b)(5) of the Rules Governing § 2255 Proceedings in the United States District Courts requires that all § 2255 motions be signed under penalty of perjury.

The Court will order Movant to refile his motion on a Court-provided form and sign it. Plaintiff is warned that the filing of the amended motion **completely replaces** the original motion. This means that claims that are not re-alleged in the amended motion will be deemed abandoned. *See In re Wireless Tel. Fed. Cost Recovery Fees Litig.*, 396 F.3d 922, 928 (8th Cir. 2005).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail Movant a copy of the Court's form Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that Movant shall complete the form, sign it, and return it to the Court no later than 21 days from the date of this Order.

**Movant's failure to timely comply with this order may result in the motion being stricken pursuant to Rule 11 of the Federal Rules of Civil Procedure, and this action being dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

Dated this 13th day of February, 2026.

*/s/ Henry Edward Autrey*
_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE